UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.: 2:23-cr-64-SPC-KCD

CHRISTOPHER JORGE PONCE

_____

### PRELIMINARY ORDER OF FORFEITURE

Before the Court is the United States' Motion for Preliminary Order of Forfeiture.  (Doc. 42).  Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting his interest in a **Smith & Wesson 380 caliber pistol, model: M&P 380 Shield, serial number: NCH8001, and assorted ammunition loaded within the firearm, seized on or about December 30, 2022**.  *See* 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c); Fed. R. Crim. P. 32.2(b)(2).  In so moving, the Government has connected the Smith & Wesson 380 caliber pistol, model: M&P 380 Shield, serial number: NCH8001, and assorted ammunition loaded within the firearm to the adjudicated offense.  The Court thus finds the United States is entitled to possession of the Smith & Wesson 380 caliber pistol, model: M&P 380 Shield, serial number: NCH8001, and assorted ammunition loaded within the firearm.

Accordingly, it is

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 42) is **GRANTED**.

1. Defendant's interest in Smith & Wesson 380 caliber pistol, model: M&P 380 Shield, serial number: NCH8001, and assorted ammunition loaded within the firearm is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

2. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on December 21, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record