UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:23-cr-64-SPC-KCD

CHRISTOPHER JORGE PONCE

**FINAL ORDER OF FORFEITURE**

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 51). The Government seeks to have forfeited a Smith & Wesson 380 caliber pistol, model: M&P 380 Shield, serial number: NCH8001, and assorted ammunition loaded within the firearm, seized on or about December 30, 2022, which was subject to a December 21, 2023 preliminary order of forfeiture (Doc. 43). Although the Government gave proper notice, no third parties have petitioned for the Smith & Wesson 380 caliber pistol, model: M&P 380 Shield, serial number: NCH8001, and assorted ammunition loaded within the firearm, and the time to do so has expired. The Court thus will forfeit all right, title, and interest in the Assets to the Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 51) is **GRANTED**.

1. Defendant's interest in the Smith & Wesson 380 caliber pistol, model: M&P 380 Shield, serial number: NCH8001, and assorted ammunition loaded within the firearm is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Smith & Wesson 380 caliber pistol, model: M&P 380 Shield, serial number: NCH8001, and assorted ammunition loaded within the firearm is now **VESTED** in the United States.

**DONE AND ORDERED** in Fort Myers, Florida on April 25, 2024.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record